Solomon M. Pike vs. John H. Power.

*Motion by plaintiff to set aside default for not declaring, &c., for irregularity.*—The plaintiff does not state in his affidavits that a default has been entered.

F. H. Hastings, *Plffs Counsel.*	J. H. Stewart, *Plffs Atty.*
A. Taber, *Defts Counsel.*	J. H. Power, *Defts Atty.*

Denied on the ground that plaintiff does not show that any default has been entered in the cause.

*Decision.*—Motion denied with costs, without prejudice.

---

Samuel Miller vs. Benjamin Ames.	[55

*Motion by defendant to change the venue.*

C. B. Drake, *Defts Atty.*	Clark & Thompson, *Plffs Attys.*

Denied on the ground that defendant does not disclose in his affidavit, that he stated to his counsel *what he expected to prove by his witnesses.*

*Decision.*—Motion denied with costs.